ACCEPTED
01-13-00805-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 2:14:58 PM
CHRISTOPHER PRINE
CLERK

## No. 01-13-00805-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/31/2015 2:14:58 PM

CHRISTOPHER A. PRINE
Clerk

—————◆—————

### No. 1875634
In the County Criminal Court at Law Number 7
Harris County, Texas

—————◆—————

## RODNEY CARNELL MAYS
*Appellant*
v.
## THE STATE OF TEXAS
*Appellee*

—————◆—————

STATE'S SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

—————◆—————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the County Criminal Court at Law Number 7 of Harris County, Texas, in The State of Texas v. Rodney Carnell Mays, cause number 1875634, appellant was convicted of the misdemeanor offense of assault of a family member.

2. On September 4, 2013, he was assessed punishment of confinement for 56 days in the Harris County Jail.

3. A written notice of appeal was timely filed on September 6, 2013.

4. The State's brief is due on July 8, 2015.

5. An extension of time in which to file the State's brief is requested until July 27, 2015.

6. No previous extension has been requested.

7. The facts relied upon to explain the need for this extension are:

A legal intern is preparing the brief for the state. Due to the schedule and work load for the intern, additional time is needed. It is in the best interest of justice to allow an extension of time.

WHEREFORE, the State prays that this Court will grant an extension of time until July 31, 2015 in which to file the State's brief in this case.

Respectfully submitted,

**/s/  Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on July 31, 2015:

Daucie Schindler
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: July 31, 2015